IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

V. T. L., FATHER OF T. L. AND
S. L., MINOR CHILDREN,

      Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3225

Opinion filed November 6, 2017.

An appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

J. Daniel Marsee, Lake City, for Appellant.

Ward L. Metzger, Appellate Counsel, Jacksonville, for Appellee Department of Children and Families.

Marynelle Hardee, Gainesville, and David P. Krupski, Appellate Counsel, Sanford, for Guardian ad Litem Program.

PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.